RECEIPT # _____
AMOUNT $ 250
SUMMONS ISSUED ✓-3
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE   6-8-05

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

CIVIL ACTION NO.:

ANNIE COOPER )
   Plaintiff )
)
)
v. )
)
)
THE UNITED STATES DEPARTMENT OF )
HOUSING AND URBAN DEVELOPMENT, )
GROVE HALL APARTMENTS LLC, AND )
THOMAS CONSTRUCTION COMPANY, INC. )
   Defendants )

05 11206 REK

MAGISTRATE JUDGE Collings

## COMPLAINT AND JURY DEMAND

### PARTIES

1. Plaintiff Annie Cooper for all purposes relevant to this complaint is a resident of Dorchester, Suffolk County, Massachusetts.

2. Defendant, The United States Department of Housing and Urban Development (hereinafter HUD) for all purposes relevant to this complaint is a department of the government of the United States of America, with a principal place of business at 451 7th Street S.W., Washington, District of Columbia, 20410.

3. Defendant Grove Hall Apartments (hereinafter Grove Hall) for all purposes pertinent to this complaint, is the operating manager of the property located at 23 Washington Street, Dorchester MA 02121, and having as its agent listed with the Massachusetts Secretary of State as: Ernest Branch, 44 Highland Street, Roxbury MA, 02119.

4. Defendant Thomas Construction Company Inc., (hereinafter Thomas) for all purposes relevant to this complaint is a construction company incorporated under Massachusetts State Law, having its principal place of business listed with the Massachusetts Secretary of State as: 2 Waumbeck Street, Dorchester MA, 02121.

5. Pursuant to 28 U.S.C. §1346(b)1 plaintiff brings this case before the United States District Court for the District of Massachusetts.

## FACTS

6. Plaintiff reasserts and incorporates by reference the allegations contained in paragraphs 1 – 5 above.

7. On or about September 3, 2002 defendant HUD owned the apartment complex located at 23 Washington Street, Dorchester MA 02121.

8. On or about September 3, 2002 defendant Grove Hall was the manager, and was responsible for overseeing all maintenance and upkeep, of the apartment complex located at 23 Washington Street, Dorchester MA 02121.

9. On or about September 3, 2002, defendant Thomas was performing maintenance on the roof and other water damaged areas of the apartment complex located at 23 Washington Street, Dorchester MA 02121.

10. As the owner of the apartment complex located at 23 Washington Street, Dorchester MA, defendant HUD had a legal duty to maintain the premises in a reasonably safe condition for its residents, visitors and/or invitees.

11. As the operating manager of the apartment complex located at 23 Washington Street, Dorchester MA, defendant Grove Hall had a legal duty to maintain the premises in a reasonably safe condition for its residents, visitors and/or invitees.

12. As the company hired to perform maintenance on the apartment complex located at 23 Washington Street, Dorchester MA, defendant Thomas had a legal duty to conduct maintenance and repairs in a reasonably safe manner so as to maintain a reasonably safe condition for the residents, visitors and/or invitees of the building.

13. On or about September 3, 2002, and for several months prior plaintiff Annie Cooper was a resident of 23 Washington Street Apt. 4, Dorchester MA.

14. On or about Friday August 30, 2002 plaintiff Annie Cooper noticed water leaking from her Kitchen ceiling and informed building maintenance. Ms. Cooper was informed by maintenance that the roof was currently being repaired to correct the problem.

15. On or about September 3, 2002 plaintiff Annie Cooper was in her kitchen when suddenly and without warning the ceiling above where she was standing fell and struck her on the head and shoulder causing her to suffer severe personal injuries.

16. Pursuant to 28 U.S. C. § 2675(a), the claim set forth herein was presented to the United States Department for Housing and Urban Development through submission of Federal Form 95, on January 4, 2003.

## COUNT I
### Negligence – The United States Department of Housing and Urban Development

17. Plaintiff reasserts and incorporates by reference the allegations contained in paragraphs 1 – 16 above.

18. As a direct and proximate result of defendant HUD, through its agents, servants and/or employees, in failing to maintain its premises at 23 Washington Street, Dorchester MA in a safe and responsible manner for its residents, visitors and/or invitees on September 3, 2002, plaintiff Annie Cooper suffered severe personal injuries, great pain of mind and body, medical expenses, disability, and leaving her in a much diminished state.

19. WHEREFORE, the plaintiff Annie Cooper demands judgment from this Honorable Court against defendant HUD, for fair and equitable damages, plus interest, costs of this action and such other and further relief as the Court deems proper.

## COUNT II
### Negligence – Grove Hall Apartments LLC

20. Plaintiffs reassert and incorporate by reference the allegations contained in paragraphs 1 – 19 above.

21. As a direct and proximate result of defendant Grove Hall, through its agents, servants and/or employees, in failing to maintain the premises at 23 Washington Street, Dorchester MA in a safe and responsible manner for its residents, visitors and/or invitees on September 3, 2002, plaintiff Annie Cooper suffered severe personal injuries, great pain of mind and body, medical expenses, disability, and leaving her in a much diminished state.

22. WHEREFORE, the plaintiff Annie Cooper demands judgment from this Honorable Court against defendant Grove Hall, for fair and equitable damages, plus interest, costs of this action and such other and further relief as the Court deems proper.

## COUNT III
### Negligence - Thomas Construction Company Inc.

23. Plaintiffs reassert and incorporate by reference the allegations contained in paragraphs 1 – 22 above.

24. As a direct and proximate result of defendant Thomas, through its agents, servants and/or employees, in failing to conduct maintenance and repair of the premises at 23 Washington Street, Dorchester MA in a safe and responsible manner for its residents, visitors and/or invitees on September 3, 2002, plaintiff Annie Cooper suffered severe personal injuries, great pain of mind and body, medical expenses, disability, and leaving her in a much

        diminished state.

25. WHEREFORE, the plaintiff Annie Cooper demands judgment from this Honorable Court against defendant Thomas, for fair and equitable damages, plus interest, costs of this action and such other and further relief as the Court deems proper.

**PLAINTIFF REQUESTS A TRIAL BY JURY AS TO ALL ISSUES SO TRIABLE**

Plaintiff, Annie Cooper,
by her Attorney,

Dated: _____June 7, 2005_____

_____
Ann M. McNamara
Quinn and Morris
141 Tremont Street
Boston MA 02111
Tel. (617) 423-3500
BBO #: 546445

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff **Suffolk**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Washington D.C.**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Ann M. McNamara, Quinn and Morris, 141 Tremont ST. #600, Boston MA, 02111

Attorneys (If Known)
**05-11206 REK**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Negligence
Brief description of cause:
Kitchen ceiling collapsed on resident plaintiff.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 6/7/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Cooper v. United States Department of Housing and Urban Development**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ~~☐~~  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐  II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   ☑  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ☐  IV.  220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ☐  V.   150, 152, 153.

   05 11206 REK

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☑
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☑   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☑   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Ann M. McNamara
ADDRESS  141 Tremont Street Suite 600, Boston MA 02111
TELEPHONE NO.  617-423-3500

(CategoryForm.wpd - 2/15/05)