# UNITED STATES DISTRICT COURT

District of _____

Annie Cooper
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

The United States Department of
Housing and Urban Development,
Grove Hall Apartments LLC, and
Thomas Construction Company, Inc.
    Defendants

CASE NUMBER:

05  11206 REK

TO: (Name and address of Defendant)

  Grove Hall Apartments LLC, Listed Agent, Ernest Branch 44 Highland Street, Roxbury MA, 02119.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Ann M. McNamara, Quinn and Morris, 141 Tremont St. #600, Boston MA 02111

an answer to the complaint which is herewith served upon you, within ____35____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

DATE  6-8-05

(By) DEPUTY CLERK

▲AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | JULY 2, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BURTON M. MALKOFSKY | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 44 HIGHLAND STREET, ROXBURY, MASS.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.00 | $30.00 | $35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JULY 2, 2005
              Date            Signature of Server

707 E. 6th STREET, SOUTH BOSTON, MASS.
                Address of Server

** ALSO SERVED WAS THE CIVIL ACTION SHEET, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ANSWERS TO INTERROGATORIES.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.