%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Annie Cooper,
  Plaintiff

V.

.The United States Department of
Housing and Urban Development,
Grove Hall Apartments, LLC, and
Thomas Construction Company, Inc.
  Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 11206 REK

TO: (Name and address of Defendant)

United States Department of Housing and Urban Development, Secretary
Alphonso Jackson, 451 7th Street S.W. Washington D.C.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ann M. McNamara, Quinn and Morris, 141 Tremont St. #600, Boston
MA 02111.

an answer to the complaint which is herewith served upon you, within ____35____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

SARAH A. THORNTON

JUN 1 5 2005

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  6/16/05 |
|---|---|
| NAME OF SERVER *(PRINT)*  Ann M. McNamara | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☒ Other (specify): __Fed Rule Civ Proced 4:1    Certified Mail Return Recept__
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  Certified Mail | TOTAL  4.65 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/6/05___    _____
         Date               Signature of Server

                                   **QUINN AND MORRIS**
                                   141 Tremont Street
                                   Boston, MA 02111
_____
           Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.