%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Annie Cooper,
  Plaintiff.
        V.
The United States Department of
Housing and Urban Development,
Grove Hall Apartments, LLC, and
Thomas Construction Company, Inc.
  Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05  11206  REK**

TO: (Name and address of Defendant)

> United States Department of Housing and Urban Development, Through
> Untied States Attorney General, Alberto Gonzales, United States
> Department of Justice, 950 Pennsylvania Ave., Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Ann M. McNamara, Quinn and Morris, 141 Tremont St. #600, Boston,
> MA, 02111

an answer to the complaint which is herewith served upon you, within \_\_\_35\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              JUN 1  2005
CLERK                                          DATE

_/s/_
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/16/05 |

| NAME OF SERVER (PRINT) Ann M McNamara | TITLE Attorney |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Fed Rul Civ Pro 4 i 1 Certified Mail Return Receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Certified Mail | TOTAL 4.65 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/6/05
            Date            Signature of Server

QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.