AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Annie Cooper,
    Plaintiff.
        V.

The United States Department of
Housing and Urban Development,
Grove Hall Apartments, LLC, and
Thomas Construction Company, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 11206 REK**

TO: (Name and address of Defendant)

    The Untied States Department of Housing and Urban Development, Through
    United States Attorney for the District of Massachusetts, Michael J.
    Sullivan, U.S. Courthouse Suite 9200, 1 Courthouse Way, Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Ann M. McNamara, Quinn and Morris, 141 Tremont, Street, #600, Boston, MA 02111

an answer to the complaint which is herewith served upon you, within __35__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON          JUN 1 5 2005

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/16/05 |
| NAME OF SERVER (PRINT) Ann M. McNamara | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Fed Rule Civ Pro 4.1 Certified Mail Return Receipt

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES Certified Mail | TOTAL $4.65 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/6/05
              Date                Signature of Server

QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.