UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

CIVIL ACTION NO.: 05 CV 11206 REK

| | |
|---|---|
| ANNIE COOPER<br>    Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| THE UNITED STATES DEPARTMENT OF<br>HOUSING AND URBAN DEVELOPMENT,<br>GROVE HALL APARTMENTS LLC, AND<br>THOMAS CONSTRUCTION COMPANY, INC.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF COMPLIANCE WITH FEDERAL RULES
OF CIVIL PROCEDURE RULE 4(i)**

    I, Ann M. McNamara, attorney for the plaintiff, Annie Cooper in the above captioned matter, hereby state that I have sent a copy of the Summons, Complaint, JS44 Cover Sheet, and Discovery Requests to the following parties:

1. Defendant United States Department of Housing and Urban Development, c/o Commissioner Alphonso Jackson, 451 7th Street S.W., Washington D.C. 20410.

2. Defendant United States Department of Housing and Urban Development, c/o Alberto Gonzales, United States Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, Washington D.C. 20530.

3. Defendant United States Department of Housing and Urban Development, c/o Michael J. Sullivan, United States Attorney, Massachusetts District, U.S. Courthouse Suite 9200, 1 Courthouse Way, Boston, MA 02210

4. Defendant Thomas Construction Company, c/o Listed Agent: Frank Erwin Thomas, 2 Waumbeck Street, Dorchester, MA 02121.

Identified in the attached letters (4) by Certified Mail #: 7003-3110-0001-4352-5630; #: 7003-3110-0001-4352-5647; #: 7003-3110-0001-4352-5623; and #: 7003-3110-0001-4352-5616 Return Receipts Requested. I have attached the original return receipts (4) and copies of the corresponding cover letters (4) to this affidavit.

Signed under pains and penalties of perjury on this 6th day of July, 2005.

                                                Plaintiff, Annie Cooper,
by her attorney,

Ann M. McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445