UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05CV11206REK

| | |
|---|---|
| ANNIE COOPER,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| THE UNITED STATE DEPARTMENT OF<br>HOUSING AND URBAN DEVELOPMENT,<br>GROVE HALL APARTMENTS LLC, AND<br>THOMAS CONSTRUCTION COMPANY, INC.<br>    Defendants, | )<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Michael L. Mahoney, Esquire, Mullen & McGourty, 52 Temple Place, 4th Floor, Boston, Massachusetts, hereby enters his appearance on behalf of The United States Department of Housing and Urban Development, and Thomas Construction Company, Inc., Defendants in the above-referenced action and demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the address and telephone number set forth below.

Dated: June 30, 2005

Respectfully submitted,
The Defendants,
The United States Department of Housing
and Urban Development, and Thomas
Construction Company, Inc.,

Michael L. Mahoney
Mullen & McGourty
52 Temple Place, 4th Floor
Boston, MA 02111
(617) 338-9200
BBO# 557562