UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 CV 11206 REK

| | |
|---|---|
| ANNIE COOPER<br>    Plaintiff<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF<br>HOUSING AND URBAN DEVELOPMENT,<br>GROVE HALL APARTMENTS LLC, AND<br>THOMAS CONSTRUCTION COMPANY, INC.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF VOLUNTARY DISMISSAL

Now comes the plaintiff pursuant to Rule 41 of the Massachusetts Rules of Civil Procedure, hereby voluntarily dismisses the above claim against Grove Hall Apartments LLC without prejudice and without any cost to any party. Rule 41 allows for said dismissal as no answer has been filed to the Complaint by Grove Hall Apartments LLC or any attorney representing Grove Hall Apartments LLC.

                                                Plaintiff, Annie,
                                                by her attorney,

                                                Ann M. McNamara, Esquire
                                                Quinn and Morris
                                                141 Tremont Street
                                                Boston, Ma. 02111
                                                Tel. (617) 423-3500
                                                BBO No.: 546445

## CERTIFICATE OF SERVICE

I, Ann McNamara, hereby certify that I have this ___ day of July, 2005 served a copy of the enclosed **Notice of Voluntary Dismissal of Defendant Grove Hall Apartment's LLC,** by first class mail, postage prepaid to counsel and Parties of record:

Michael L. Mahoney
Mullen & McGourty
52 Temple Place, 4th Floor
Boston, MA 02111

Barbara Goodman
c/o Sentry Property Management]
Grove Hall Apartments
P.O. Box 327
Allston, MA 02134

Ann McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
(617) 423-3500
BBO # 546445