UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNIE COOPER,<br>　　　　　　Plaintiff<br>v.<br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, GROVE HALL APARTMENTS LLC, AND THOMAS CONSTRUCTION COMPANY, INC.<br>　　　　　　Defendants. | C.A. No. 05CV11206REK |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the plaintiff, Annie Cooper, hereby submits to this Court her stipulation of voluntary dismissal with prejudice of all claims against the defendant, United States Department of Housing and Urban Development, in this matter, each party to bear its own costs and fees.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**ANNIE COOPER,**

　　　　　　　　　　　　　　　　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　By her attorney,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Ann M. McNamara
　　　　　　　　　　　　　　　　　　　　　　　Ann M. McNamara, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Quinn and Morris
　　　　　　　　　　　　　　　　　　　　　　　141 Tremont Street
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　　　　　　(617) 423-3500

Dated: August 19, 2005