UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05CV11206REK

ANNIE COOPER,  )
    Plaintiff  )
 )
v.  )
 )
THE UNITED STATE DEPARTMENT OF  )
HOUSING AND URBAN DEVELOPMENT,  )
GROVE HALL APARTMENTS LLC, AND  )
THOMAS CONSTRUCTION COMPANY, INC.  )
    Defendants,  )
 )

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of the Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed on all claims, cross claims, counterclaims, dismissing any and all counts with prejudice, without interest or costs as to contribution of any kind from any and all parties in this matter.

Dated: ~~November~~ December 9, 2005

The Plaintiff,
by her attorney,

_Ann McNamara_
Ann McNamara, Esq.
Quinn & Morris
141 Tremont Street
Boston, MA 02111
Phone #: 617-423-5300
BBO#:

The Defendant
by their attorney,

_Michael L. Mahoney_
Michael L. Mahoney
Mullen & McGourty
52 Temple Place, 4th Floor
Boston, MA 02111
Phone #: (617) 338-9200
BBO# 557562

## CERTIFICATE OF SERVICE

I, Michael L. Mahoney, hereby certify that I have served a true copy of the within document this 14 day of December, 2005, via first class mail, postage prepaid upon the following:

Ann McNamara, Esq.
Quinn and Morris
141 Tremont Street
Boston, MA 02111

Michael L. Mahoney